# EXHIBIT J



**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA de SÃO PAULO
FORO REGIONAL VII - ITAQUERA
2ª VARA DA FAMÍLIA E SUCESSÕES
AVENIDA PIRES DO RIO, 3915, SALA 03, ITAQUERA - CEP 08240-000, FONE: (11) 2051-8680, SÃO PAULO-SP - E-MAIL: ITAQUERA2FAM@TJSP.JUS.BR

**CONCLUSÃO**

Em 02 de agosto de 2022, faço estes autos conclusos ao(a) MM(a). Juiz(a) de Direito Dr(a). Edson Nakamatu. Eu,   Escr. subscv.

**DECISÃO**

| | |
|---|---|
| Processo nº: | **1020429-18.2021.8.26.0007 - Divórcio Litigioso** |
| Requerente: | **Tercilmene Monera Datis** |
| Requerido: | **Evens Datis** |

Juiz(a) de Direito: Dr(a). Edson Nakamatu

Vistos.

Em que pese as alegações do requerido de que o companheiro da autora teria sido o responsável pelas agressões à filha das partes, nada há nos autos que comprove de forma inequívoca tal fato. Por consequência, não pode o réu recusar-se à sua restituição à genitora.

Assim, nos termos da manifestação ministerial retro, considerando que a autora vinha exercendo a guarda de fato da criança, defiro a ela a guarda provisória.

Intime-se o réu para que proceda à devolução da filha à autora, no prazo de 48 horas, sob pena de busca e apreensão.

Especifiquem as partes, em 5 (cinco) dias, as provas que pretendem produzir, justificando, objetivamente, sua relevância e pertinência, sob pena de preclusão e indeferimento. No mesmo prazo, digam sobre o interesse na realização de audiência de tentativa de conciliação. Int.

São Paulo, 02 de agosto de 2022.

Processo nº 1020429-18.2021.8.26.0007 - p. 1