# EXHIBIT B

Case 9:24-cv-80958-AMC   Document 21-2   Entered on FLSD Docket 08/21/2024   Page 1 of 2

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of OJF SERVICES <octavio@ojfservices.com> |
| **Sent:** | Wednesday, August 21, 2024 9:05 AM |
| **To:** | Busser, Suzanne M (FTL - X27887); Arias, Michelle (FTL - X27818); Swain, Martell R (FTL - X27992); Neeranjan, Kylee (FTL - X27981) |
| **Subject:** | OJF Status on 094000.13078 (DATIS, EVENS) |

*[External email]*

To: SUZANNE BUSSER
   HOLLAND & KNIGHT, LLP

This is an automated message relating to:

   **Our Job Number:** 2024019700
   **Your Reference Number:** 094000.13078
   **Party To Be Served:** DATIS, EVENS
   **Documents To Be Served:** ORDER TO SHOW CAUSE; ORDER TO SERVE; AND ORDER PROHIBITING REMOVAL OF CHILD
   **Case Info:** Florida SOUTHERN 9:24-CV-80958-AMC
   **Case Style:** TERCILMENE MONERO vs. EVENS DATIS

Original Service Address: EVENS DATIS, 803 LIDO CIR, APT 101, LAKE PARK, FL 33403

Status Update for EVENS DATIS, 803 LIDO CIR, APT 101, LAKE PARK, FL 33403

Latest Status: 8/21/2024 7:07 am Attempted service at 803 LIDO CIR APT 101, LAKE PARK, FL 33403, N/S Per black female at the door stated subject is known to her and he has used this address before for mailing but does not reside here in fact she has not seen him for few months and his current whereabouts are unknown, wouldn't say relation if any , no further information was provided, no directory on building, no assigned parking, no leasing office on site .

Thank you,
OJF SERVICES
octavio@ojfservices.com
Phone: (954) 929-4215

More detailed status is available at https://ojf.sopstatus.com

Click Here to make a payment