UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 24-80958-CIV-CANNON

**TERCILMENE MONERA**
    Petitioner,
v.
**EVENS DATIS**
    Respondent.
_____/

### NOTICE OF PERMANENT APPEARANCE

    PHILLIP J. BRUTUS files this appearance as counsel for the above-named Respondent and agrees to represent the Respondent for TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT. Counsel requests that copies of any and all pleadings, Orders, and other matters filed by the parties and the Court in this case be provided to the undersigned at the below specified address. Counsel acknowledges responsibility to advise the Respondent of the right to appeal, and to file a timely notice of appeal if requested to do so by the Respondent.

    Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

    **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

BRUTUS LAW GROUP
301 W. Atlantic Avenue, Suite 0-8
Delray Beach, Florida 33444
Email: info@brutuslawgroup.com
Telephone: (561) 526-8383
Facsimile: (561) 526-8315

By: _____
Phillip J. Brutus, Esquire
Florida Bar Number: 660711