UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80958-XXXX

TERCILMENE MONERA,

    Petitioner,

v.

EVENS DATIS,

    Respondent.
_____/

### PETITIONER'S NOTICE OF TAKING DEPOSITION OF ROLAND ST. IVERS

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, and this Court's Omnibus Order on Evidentiary Hearing and Related Motions [DE 74], Petitioner, Tercilmene Monera, will take the deposition of the following party on the date, time, and location specified below:

| *Witness* | *Date/Time* | *Location* |
|---|---|---|
| Roland St. Ivers | February 28, 2025 At 3:00 P.M. E.S.T. | VIA ZOOM LINK WILL BE PROVIDED BY COURT REPORTER |

The deposition shall be upon oral examination before a person authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deponent is hereby notified to appear and take part in said examination as you may be advised, and as shall be fit and proper. The deposition will be taken for the purpose of discovery, and for use as evidence at trial or for such other purposes pursuant to Fed. R. Civ. P. 30.

Dated: February 26, 2025

                    Respectfully submitted,
                    **HOLLAND & KNIGHT LLP**

            By:    s/ *Suzanne Busser*
                    DAVID IRA SPECTOR (FBN 0865401)
                    email: david.spector@hklaw.com
                    secondary email: kim.roark@hklaw.com
                    SUZANNE M. BUSSER (FBN 1002654)

1

email: suzanne.busser@hklaw.com
**KYLEE NEERANJAN** (FBN 1050749)
email: kylee.neeranjan@hklaw.com
**MEGAN EHRHART** (FBN 1059738)
email: megan.ehrhart@hklaw.com
777 S. Flagler Drive, West Tower, Suite 1900
West Palm Beach, Florida 33401
Tel: (561) 833-2000

*Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **February 26, 2025**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notice of electronic filing to counsel of record listed below.

By: ___s/*Suzanne M. Busser*___
       SUZANNE M. BUSSER

Phillip J. Brutus, Esq.
Brutus Law Group
301 W. Atlantic Avenue, Suite 0-8
Delray Beach, FL 33444
Tel: 561-526-8383
Email: info@brutuslawgroup.com; phillipbrutus@gmail.com


cc:    US Legal Reporting and Translation