UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80958-XXXX

TERCILMENE MONERA,

    Petitioner,
v.

EVENS DATIS,

    Respondent.
_____/

**PETITIONER'S UNOPPOSED MOTION FOR STATUS CONFERENCE VIA ZOOM**

Petitioner, Tercilmene Monera ("Petitioner"), respectfully requests a Status Conference via Zoom to seek guidance from the Court on a few procedural matters in advance of the evidentiary hearing currently scheduled for May 21, 2025 and May 22, 2025 ("Evidentiary Hearing") [DE 99]. In support, Petitioner states:

1.    The Parties previously thought that there was a Status Conference via Zoom set for April 28, 2025. [DE 86]. The Court entered a Notice of Docket Correction regarding DE 86, but the Parties mistakenly did not realize until speaking with the Court's Clerk on April 28 that DE 87 cancelled the Status Conference. [DE 87]. The Parties planned to attend the Status Conference via Zoom to discuss with the Court a few procedural matters in advance of the Evidentiary Hearing and the upcoming in camera evaluation set for May 9 ("Evaluation") [DE 99].

2.    With regard to the Evaluation, the Parties would like to discuss with the Court whether the Evaluation will be on the record. Petitioner respectfully requests that the Evaluation be on the record and transcribed. The Court's Order scheduling the Evaluation states that the Evaluation will be streamed to counsel in the courtroom using closed-circuit video feed, but does not state whether the Evaluation will be transcribed. [DE 99].

3. Regarding the Evidentiary Hearing, the Court previously permitted the Parties to take depositions for use at the Evidentiary Hearing so long as the depositions were completed and filed with the Court by March 5, 2025. [DE 74]. Petitioner took three depositions and filed the transcripts. [DE 91]. Petitioner will use the deposition testimony at the Evidentiary Hearing. Petitioner requests guidance from the Court as to the following:

    a. Will the Court set a deadline for Petitioner to submit deposition designations for testimony to be used at the Evidentiary Hearing?

    b. Will the Court set a deadline for Respondent to submit counter deposition designations for testimony to be used at the Evidentiary Hearing?

    c. Will the Court rule on objections raised at the depositions in advance of the Evidentiary Hearing or during the Evidentiary Hearing?

4. Finally, the Parties would like to know if they are permitted to use technology in the Courtroom during the Evidentiary Hearing (i.e., PowerPoint presentations) and/or if the Court has any other requests or requirements for demonstrative aids.

5. Petitioner respectfully requests a status conference via Zoom with the Court to discuss these topics in advance of the Evaluation and the Evidentiary Hearing.

### Local Rule 7.1 Certification

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel certifies that Counsel for Petitioner, Suzane Busser, Esq., conferred with Counsel for respondent, Phillip Brutus, Esq., via email on April 30, 2025 and that Mr. Brutus does not oppose a Status Conference via Zoom because it will serve to streamline these issues.

Dated: May 5, 2025                                        Respectfully submitted,
                                                                  **HOLLAND & KNIGHT LLP**

                                                          By:    *s/ Suzanne M. Busser*

          **DAVID IRA SPECTOR** (FBN 0865401)
          email: david.spector@hklaw.com
          secondary email: kim.roark@hklaw.com
          **SUZANNE M. BUSSER** (FBN 1002654)
          email: suzanne.busser@hklaw.com
          **KYLEE NEERANJAN** (FBN 1050749)
          email: kylee.neeranjan@hklaw.com
          777 S. Flagler Drive, West Tower, Suite 1900
          West Palm Beach, Florida 33401
          Tel: (561) 833-2000

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 5, 2025**, I emailed the foregoing to counsel of record identified below.

          By:    s/*Suzanne M. Busser*
                SUZANNE M. BUSSER

Phillip J. Brutus, Esq.
Brutus Law Group
301 W. Atlantic Avenue, Suite 0-8
Delray Beach, FL 33444
Tel: 561-526-8383
Email:  info@brutuslawgroup.com; phillipbrutus@gmail.com